# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SALVADOR SILVAR | | |
| **Case Number:** | 2:09-bk-13499-CGC | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 19, 2009 01:30 PM  6TH FLOOR #601 | | |
| **Bankruptcy Judge:** | CHARLES G. CASE II | | |
| **Courtroom Clerk:** | RHONDA VAUGHAN | | |
| **Reporter / ECR:** | MARCO GARCIA | | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY HSBC BANK USA AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2007-HE3

**R / M #:**   18 /  0

## *Appearances:*

NASSER U. ABUJBARAH, ATTORNEY FOR SALVADOR SILVAR
LEONARD J. MCDONALD, ATTORNEY FOR HSBC BANK USA AS TRUSTEE FOR ACE SECURIT, MOVANT

## *Proceedings:*

Mr. McDonald advises the only issue is of standing; he asks the Court to set a final hearing or a briefing schedule.  He notes there is no dispute as to payments only as to the rightful holder of the note.  Mr. McDonald discusses the decision that came down from Judge Tilburg ( In re: Cervantes) that ruled in favor of his client.

Mr. Abujbarah wants clarification of who the proper holder of the note is;  he advises his client has been making 70% of the payments to the Trustee through the Chapter 13 plan and will advise Debtor that the full payment needs to be made.

COURT:  IT IS ORDERED CONTINUING THE HEARING TO DECEMBER 22, 2009 AT 2:30 P.M.

MR. MCDONALD IS  OBTAIN A COPY OF THE SERVICING AGREEMENTS AND THE CERVANTES CASE AND PROVIDE THEM TO THE COURT AND TO MR. ABUJBARAH  AND ANY OTHER MERS ASSIGNMENTS THAT ARE AVAILABLE.